UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

UNITED STATES OF AMERICA,

-vs-

JAI PERSAUD RAMNARINE,
-----------------------------------------------------------------

KORMAN, Ch.J.

ORDER

CR-03-1214

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 3 2005 ★
BROOKLYN OFFICE

The Court having been advised by counsel, in writing, of ongoing plea negotiations, and the counsel having sought an adjournment for the purpose of conducting such negotiations, the status conference scheduled for __APR. 08, 2005__ is adjourned to JUN 24, 2005 @ 11:30AM.

Because the purpose of the delay is to allow discussions to take place that could eliminate the necessity for a trial, I find that the considerations underlying the Speedy Trial Act are outweighed by the interests of justice and the time is excluded.

Dispositions should be scheduled before the Magistrate Judge assigned, prior to the scheduled status date, so that the parties need not appear at the currently scheduled conference.

The United States Attorney is directed to mail copies of this order to all counsel.

SO ORDERED.

s/Edward R. Korman
_____
EDWARD R. KORMAN, U.S.D.J.

DATED:  Brooklyn, N.Y.
        May 19, 2005

# MICHAEL A. YOUNG
ATTORNEY AT LAW
165 CHRISTOPHER STREET
NEW YORK, NEW YORK, 10014

TELEPHONE 212-242-4336
FACSIMILE 212-924-4007

ELECTRONIC MAIL
youngesqnyc@aol.com

May 11, 2005

The Honorable Edward R. Korman
Chief Judge, United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
By fax: 718-260-4567

Re: <u>United States v. Jai Persaud Ramnarine</u>, 03 Cr. 1214 (ERK)

Dear Judge Korman:

I am the attorney of record for Jai Ramnarine, a defendant in the above-captioned case. The government and I have jointly requested that the conference scheduled for April 8, 2005 be adjourned to on or about June 21, 2005. The defense consents to the exclusion of time under the Speedy Trial Act during this period.

Thank you for your consideration of this matter.

Respectfully submitted,

MICHAEL A. YOUNG, ESQ.

cc.: Alfonso Grant, Esq.
By fax: 718-254-6320

6/24 @ 11:30